# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED JAN 09 2018

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LISA ANNE SALISBURY (2),

Defendant.

Case No. 17CR4048-BAS

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii), (v)(II), and (a)(1)(B)(i) – Transportation of Certain Aliens for Financial Gain and Aiding and Abetting

Dated: 1/9/2018

Hon. Mitchell D. Dembin
United States Magistrate Judge

RECEIVED IN DOCKETING
JAN 1 1 2018